JUDGE DANIELS

**06 CV 662**

Max Moskowitz (MM 5866)
Douglas Q. Hahn (DH 3032)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

CROTON WATCH CO., INC.,

    Plaintiff,

v.

NATIONAL JEWELER MAGAZINE, INC.
and TESLAR INSIDE CORPORATION.

    Defendants.

Civil Action No.:

JAN 27 2006
U.S.D.C. S.D.N.Y.
CASHIERS

**RULE 7.1 DISCLOSURE STATEMENT**

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Croton Watch Co., Inc, certifies that the following are corporate or other parents, subsidiaries, or affiliates of Plaintiff Croton Watch Co., Inc, securities or other interests in which are publicly held:

**NONE.**

{00734712.1}

Dated: January 27, 2006
      New York, New York      OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____
      Max Moskowitz (MM 5866)
      Douglas Q. Hahn (DH 3032)
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorney for Plaintiff Croton Watch Co., Inc.

{00734712.1}