Max Moskowitz (MM 5866)
Douglas Q. Hahn (DH 3032)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorney for Plaintiff Croton Watch Co., Inc.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 6 2006

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

JUN 0 6 2006

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CROTON WATCH CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL JEWELER MAGAZINE, INC. and TESLAR INSIDE CORPORATION. <br><br> Defendants. | Civil Action No.: <br> 06 CV 662 (GD) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, plaintiff CROTON WATCH CO., INC. hereby voluntarily dismisses this action against the defendant VNU Business Media, Inc, incorrectly sued as NATIONAL JEWELER MAGAZINE, INC., in the above-captioned action, with prejudice.

Dated: New York, New York
       May 22, 2006

Respectfully submitted,

By: _____
    Max Moskowitz (MM 5866)
    Douglas Q. Hahn (DH 3032)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888
Attorneys for Plaintiff Croton Watch Co., Inc.

{00767445.2}

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing STIPULATION OF DISMISSAL was served by First-Class Mail, postage prepaid, upon the attorney for Defendants, this 22nd day of May, 2006, addressed as follows:

Daniel S. Newman
Broad & Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd. Miami, FL 33131

Eric Rubenstein, Esq.,
Assistant General Counsel
VNU, Inc.
770 Broadway, 8th Floor
New York, New York 10003

_____
MAX MOSKOWITZ

{00768269.1}