USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/06

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

CROTON WATCH CO. INC.,

                      Plaintiff,

      -against-

NATIONAL JEWELER MAGAZINE, INC. and
TESLAR INSIDE CORPORATION,
                      Defendants.

----------------------------------------------------------X

06 CIVIL 0662 (GBD)

**JUDGMENT**

        Defendant Teslar having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 7, 2006, having rendered its Memorandum Decision and Order granting defendant's motion to dismiss, and dismissing the complaint in its entirety, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 7, 2006, defendant's motion to dismiss is granted and the complaint is dismissed in its entirety.

**Dated:** New York, New York
       August 8, 2006

                                            J. MICHAEL McMAHON
                                              **Clerk of Court**

        BY:

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____